IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-467-DCK

| CRYSTAL EVANS, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| INDEPENDENT ORDER OF FORESTERS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Davis S. Coats, filed a "Certification Of Mediation Session" (Document No. 19) notifying the Court that the parties reached a settlement on April 19, 2024. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 20, 2024**.

**SO ORDERED**.

Signed: April 19, 2024

David C. Keesler
United States Magistrate Judge